UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | : | |
| --- | --- | --- |
| Melanie Rodgers | : | Chapter 13 |
| | : | |
| Debtor | : | Case No.: 18-12432MDC |

### ORDER GRANTING DEBTOR'S MOTION TO EXTEND THE AUTOMATIC STAY PERSUANT TO 11 U.S.C. § 362(c)

AND NOW, this _8th_ day of _May_, 2018 upon consideration of the Motion of Melanie Rodgers for an Extension of the Automatic Stay, it is hereby;

ORDERED and DECREED that the filing of the above captioned matter was done in good faith as to the creditors to be stayed and thus, the automatic stay shall be continued indefinitely as to all creditors;

FURTHER ORDERED:

_[signature]_
Judge Magdeline D. Coleman