**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | |
| | : | **Case No.: 18-12432-mdc** |
| **Melanie Rodgers** | : | **Chapter 13** |
| | : | **Judge Magdeline D. Coleman** |
| Debtor(s) | : | * * * * * * * * * * * * * * * * * * * * |
| | : | |
| **Wells Fargo Bank, N.A.** | : | **Date and Time of Hearing** |
| Movant, | : | **Place of Hearing** |
| | : | **September 4, 2018 at 10:30 a.m.** |
| **vs** | : | |
| | : | |
| **Melanie Rodgers** | : | **U.S. Bankruptcy Court** |
| **Kenneth G. Rodgers** | : | **900 Market Street** |
| | : | **Philadelphia, PA, 19107** |
| **William C. Miller** | : | |
| Respondents. | | |

<u>**MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND CO-DEBTOR STAY**</u>
<u>**TO PERMIT WELLS FARGO BANK, N.A. TO FORECLOSE ON 34 CORAL LANE,**</u>
<u>**TWP. OF BRISTOL, PA 19055**</u>

Wells Fargo Bank, N.A. (the "Creditor") moves this Court, under Bankruptcy Code §§ 361, 362, 363, 1301, and other sections of Title 11 of the United States Code, and under Federal Rules of Bankruptcy Procedure 4001 and 6007 for an order conditioning, modifying, or dissolving the automatic stay imposed by Bankruptcy Code § 362, and the Co-Debtor Stay imposed by Bankruptcy Code § 1301, and avers as follows:

1.      This is an action arising pursuant to a case under Title 11 of the United States Code.

2.      Creditor is a lending institution duly authorized to conduct business in the Commonwealth of Pennsylvania.

3.      Creditor is a party-in-interest in the above referenced Bankruptcy matter as it is a secured creditor of the Debtor.

4.      Melanie Rodgers ("Debtor") filed a voluntary petition for relief under Chapter 13 of the Bankruptcy Code on April 12, 2018, ("Petition").

5.      Debtor and Kenneth G. Rodgers ("Co-Debtor") are currently obligated to Wells Fargo Bank, N.A., under the terms of a certain Note, dated November 11, 2005, in the original principal amount of $207,922.00 executed by Debtor and Co-Debtor (hereinafter "Note").

6.      As security for repayment of the Note, Debtor and Co-Debtor executed a certain Mortgage, dated of even date and of even amount, currently in favor of Wells Fargo Bank, N.A., with respect to certain real property owned by the Debtor and Co-Debtor located at 34 Coral Lane, Twp. Of Bristol, PA 19055 (hereinafter "Mortgaged Premises") and being recorded in Bucks County Recordings Office at Instrument Number 2005157051 on December 2, 2005 in the Office of the Recorder of Deeds in and for Bucks County, Pennsylvania ("Mortgage").

7.      Debtor(s) executed a promissory note secured by a mortgage or deed of trust.  The promissory note is either made payable to Creditor or has been duly indorsed.  Creditor, directly or through an agent, has possession of the promissory note.  Creditor is the original mortgagee or beneficiary or the assignee of the mortgage or deed of trust.

8.      Debtor has failed to make post-petition mortgage payments for the past 3 months, as of July 27, 2018.

9.      Due to said failure by Debtor and Co-Debtor to make payments when due, Creditor lacks adequate protection of its security interest in the Mortgaged Premises.

10.      The total loan balance and the amount past due to Wells Fargo Bank, N.A. in post-petition arrearages are $223,787.97 and $4,782.42, respectively, as of July 27, 2018.

18-013282_EJS1

11.     The automatic stay of Section 362 of the Bankruptcy Code should be terminated with respect to the interest of Wells Fargo Bank, N.A. in the Mortgaged Premises, pursuant to Section 362(d)(1).

12.     The Co-Debtor Stay of Section 1301 of the Bankruptcy Code should be terminated with respect to the interest of Wells Fargo Bank, N.A. in the Mortgaged Premises, pursuant to Section 1301(c).

WHEREFORE, Wells Fargo Bank, N.A. respectfully requests this Honorable Court to enter an order terminating the Automatic Stay and Co-Debtor Stay as they affect the interest of Wells Fargo Bank, N.A. in the Mortgaged Premises of the Debtor specifically identified in the Mortgage, and granting such other relief as this Honorable Court may deem just.

Respectfully submitted,

/s/ Karina Velter

Karina Velter, Esquire (94781)
Kimberly A. Bonner (89705)
Adam B. Hall (323867)
Sarah E. Barngrover (323972)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Karina Velter.
Contact email is kvelter@manleydeas.com

18-013282_EJS1

## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| | : | **Case No.: 18-12432-mdc** |
| **Melanie Rodgers** | : | **Chapter 13** |
| | : | **Judge Magdeline D. Coleman** |
| Debtor(s) | : | * * * * * * * * * * * * * * * * * * * * |
| | : | |
| **Wells Fargo Bank, N.A.** | : | **Date and Time of Hearing** |
| Movant, | : | **Place of Hearing** |
| **vs** | : | **September 4, 2018 at 10:30 a.m.** |
| | : | |
| **Melanie Rodgers** | : | **U.S. Bankruptcy Court** |
| **Kenneth G. Rodgers** | : | **900 Market Street** |
| | : | **Philadelphia, PA, 19107** |
| **William C. Miller** | : | |
| Respondents. | | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Motion for Relief from the

Automatic Stay and Co-Debtor Stay to permit Wells Fargo Bank, N.A. to foreclose on 34 Coral

Lane, Twp. Of Bristol, PA 19055 was served on the parties listed below via e-mail notification:

United States Trustee, Office of the U.S. Trustee, 833 Chestnut Street, Suite 500, Philadelphia, PA 19107

William C. Miller, Chapter 13 Trustee, P.O. Box 1229, Philadelphia, PA  19105

Brad J. Sadek, Attorney for Melanie Rodgers, Sadek and Cooper, 1315 Walnut Street, Suite 502, Philadelphia, PA  19107, brad@sadeklaw.com

The below listed parties were served via regular U.S. Mail, postage prepaid, on August __14__, 2018:

Melanie Rodgers and Kenneth G. Rodgers, 34 Coral Lane, Levittown, PA  19055

Melanie Rodgers and Kenneth G. Rodgers, 34 Coral Lane, Twp. Of Bristol, PA 19055

DATE: ___8/14/18_____

/s/ Karina Velter
_____
Karina Velter, Esquire (94781)

18-013282_EJS1

Kimberly A. Bonner (89705)
Adam B. Hall (323867)
Sarah E. Barngrover (323972)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Karina
Velter.
Contact email is kvelter@manleydeas.com

18-013282_EJS1